

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN THE INTEREST OF J. S., A CHILD, | § | No. 08-12-00339-CV |
| Appellant. | § | Appeal from the |
|  | § | 65th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2003CM4710) |
|  | § |  |

## O R D E R

Pending before the Court is Appellant's motion to dismiss the appeal. Appellant represents to the Court the bankruptcy has been dismissed. Therefore, on the Court's own motion, the above-styled and numbered cause is hereby REINSTATED.

IT IS SO ORDERED this 13th day of July, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley JJ.